### (January 20, 1944.)

In the Matter of WILLIAM J. SHEA, Petitioner, against PARTON SWIFT, a Justice of the Supreme Court, et al., Respondents.— Stay heretofore granted by the court [ante, p. 853] is modified and conditioned as follows: Petitioner shall file and serve notice of appeal from this court's determination on January 20, 1944, before five o'clock P. M., and be ready to argue the cause in the Court of Appeals during the week beginning January 23, 1944, or at any other time as that court may determine. Upon failure of petitioner to comply with either of these conditions the stay is vacated. Bliss, Heffernan and Schenck, JJ., concur; Hill, P. J., and Brewster, J., vote that the stay be vacated now, but if it is to be continued, concur in the modification.

### FOURTH DEPARTMENT, JANUARY, 1944.
### (January 5, 1944.)

EDNA ROBISON, Respondent, v. STATE OF NEW YORK, Appellant. (Claim No. 27106.) — Motion for leave to appeal to the Court of Appeals granted. [See 266 App. Div. 1054.] Present — Cunningham, P. J., Taylor, Dowling and Harris, JJ.

SAMUEL C. GRIFFIN, Appellant, v. CITY OF SYRACUSE, Respondent.— Motion for leave to appeal to the Court of Appeals denied. [See 266 App. Div. 1055.] Present — Cunningham, P. J., Taylor, Harris and McCurn, JJ.

In the Matter of CATHERINE BARRETT, Petitioner, against HENRY E. BRUCKMAN, as Chairman of the State Liquor Authority, et al., Respondents.— Motion for reargument denied; motion for leave to appeal to the Court of Appeals denied. [See 266 App. Div. 1060.] Present — Cunningham, P. J., Taylor, Dowling and McCurn, JJ.